# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00339-CR

---

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CR-13-200882, THE HONORABLE JOHN LIPSCOMBE, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Wesley Eugene Perkins, acting pro se, appeals the district court's order revoking his community supervision (probation). However, trial court has not entered the necessary certification that Perkins has the right to appeal in this cause. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification of defendant's right of appeal).

Accordingly, we abate this appeal and remand the cause to the trial court for entry of a certification as to Perkins's right of appeal. *See id*. R. 25.2(a)(2); *Rodriguez v. State*, Nos. 03-17-00062-CR, 03-17-00063-CR, 2017 Tex. App. LEXIS 1206, at *1 (Tex. App.—Austin Feb. 14, 2017, no pet.) (mem. op., not designated for publication) (following similar procedure for trial court's entry of certification of defendant's right of appeal). A supplemental

clerk's record containing the trial court's certification shall be filed with this Court on or before September 26, 2019. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2).

It is so ordered August 27, 2019.


Before Chief Justice Rose, Justices Triana and Smith

Abated and Remanded

Filed: August 27, 2019

Do Not Publish